```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JOSE QUEZADA, Individually and On Behalf of All
Others Similarly Situated,

                    Plaintiff,                    22-CV-04547 (AT)

       -against-                          **ORDER**

MIKE AND ALLY, INC.,

                    Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Tuesday, August 30, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference or wait until the case has progressed further into discovery.

**SO ORDERED.**

DATED:    New York, New York
              August 4, 2022

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge