UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE QUEZADA,

                              Plaintiff,

          -against-

MIKE AND ALLY, INC.,

                             Defendants.

-----------------------------------------------------------------X

**22-CV-04547 (AT)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2022

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint letter by no later than **Friday, October 21, 2022** updating the Court on the status of settlement discussions.

**SO ORDERED.**

DATED:    New York, New York
               September 15, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge